

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: DINO CORONADO, | § | No. 08-17-00210-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

# **O R D E R**

The Court has this day considered the Relator's emergency motion for temporary relief and concludes that the motion should be GRANTED. The 383rd District Court of El Paso County, Texas is ordered to stay any further proceedings on Estella Coronado's motion to revoke suspension of commitment in cause number 2003CM7700, styled *Estella Coronado v. Dino Coronado*, pending resolution of this original proceeding or further order of this Court

IT IS SO ORDERED this 28th day of September, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.